**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00585-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JEFFREY M. BUSKE,

     Plaintiff,

v.

TON Y SPERLOCK, Douglas County, Colorado, Sheriff,
DEAN MARTIN KATZ, University of Denver, School of Law Library, and
C. LANE, Douglas County Clerk of Court,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

     Plaintiff Jerry M. Buske is detained at the Douglas County Detention Center in Castle Rock, Colorado.   Plaintiff has submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**

(1) \_\_\_   is not submitted
(2) \_\_\_   is missing affidavit
(3) \_\_\_   prisoner's trust fund statement does not cover the whole 6-month period

|     |     | immediately preceding this filing |
| --- | --- | --- |
| (4) | X | is missing certified statement showing the deposits and balance in plaintiff's prison account for the six months immediately following the filing of this action |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing an original signature by the prisoner |
| (7) | X | is not on proper form (must use the court's current form) |
| (8) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X | other:  Plaintiff has failed to use a proper Court-approved form and provide all the required information that is requested on the form. |

**Complaint, Petition or Application**:

| (11) | ___ | is not submitted |
| --- | --- | --- |
| (12) | X | is not on proper form (must use the court's current form) |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | ___ | names in caption do not match names in text |
| (19) | X | other:  Plaintiff has failed to use a proper Court-approved form and provide all the required information that is requested on the form. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain proper Court-approved forms used by prisoners in filing a prisoner complaint and a request to proceed pursuant to 28 U.S.C. § 1915 in a prisoner complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use proper Court-approved forms when curing the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 11, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge